# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144139

In re A. E. BENSON, Minor.

SC: 144139
COA: 305300
Wayne CC Family Division:
08-480371-NA

_____/

On order of the Court, the application for leave to appeal the October 28, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2012

Clerk

y0110